United States District Court
Southern District of Texas
ENTERED

JUN 30 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

United States District Court
Southern District of Texas
FILED

JUN 29 1998

Michael N. Milby, Clerk of Court

13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| VIRGINIA RODRIGUEZ ) | |
| ) | |
| VS. ) | CIVIL ACTION NO. |
| ) | |
| STATE FARM MUTUAL ) | B-97-262 |
| AUTOMOBILE INSURANCE CO. ) | |

### ORDER GRANTING MOTION FOR LEAVE TO RESET HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Came on to be considered the foregoing Unopposed Motion for Leave to Reset Hearing on Defendant's Motion for Summary Judgment and the court after considering the same is of the opinion that the same should be in all things granted;

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that Plaintiff's Unopoosed Motion for Leave to Reset Hearing on Defendant's Motion for Summary Judgment be and the hereby is reset to __JULY 6, 1998__ at __10:30__ o'clock a.m.

Signed this the __29TH__ day of June, 1998, AT BROWNSVILLE, TEXAS.

_____
JUDGE PRESIDING