14

United States District Court
Southern District of Texas
ENTERED

JUL 0 6 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED

JUL 0 6 1998

Michael N. Milby, Clerk of Court

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

| | |
|---|---|
| VIRGINIA RODRIGUEZ § | |
| § | |
| VS. § | CIVIL ACTION NO. B-97-262 |
| § | |
| STATE FARM MUTUAL § | |
| AUTOMOBILE INSURANCE CO. § | |

TYPE OF CASE:     __X__ CIVIL          ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

STATUS CONFERENCE
(WILL NOT BE NECESSARY IS ALL SETTLEMENT DOCUMENTS HAVE BEEN FILED)

PLACE:

UNITED STATES FEDERAL COURTHOUSE
500 E. 10TH STREET
BROWNSVILLE, TEXAS

ROOM NO.:

SECOND FLOOR COURTROOM, 32

DATE AND TIME:

AUGUST 6, 1998 AT 10:00 A.M.

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:    JULY 6, 1998

TO:      MR. RAY MARCHAN
         MR. JAIME DRABEK