16

United States District Court
Southern District of Texas
ENTERED

AUG 18 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 17 1998

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| VIRGINIA RODRIGUEZ<br>Plaintiff | § § § § § | |
| VS. | § § § | CIVIL ACTION NO. B-97-262 |
| STATE FARM MUTUAL<br>AUTOMOBILE INSURANCE CO.<br>Defendant | § § § | |

## AGREED ORDER OF DISMISSAL

Plaintiff, VIRGINIA RODRIGUEZ, having presented her Motion to Dismiss her action against Defendant, STATE FARM MUTUAL AUTOMOBILE COMPANY;

IT IS THEREFORE ORDERED that VIRGINIA RODRIGUEZ'S cause of action against Defendant be dismissed with prejudice, with court costs to be paid by the Defendant.

SIGNED on this the 17 day of August 1998.

_____
JUDGE PRESIDING

Approved As To Form:

EDDINGTON & ASSOCIATES, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520

_____
Ray R. Marchan
State Bar No. 12969050
Attorneys for Plaintiff

DRABEK & ASSOCIATES
718 East Harrison Street
Harlingen, Texas 78550

_____
Jaime A. Drabek
State Bar No. 06102410
Attorneys for Defendant

73050;pleading;mtn-dism.agr & order-dism

Page 3

Respectfully submitted,

DRABEK & ASSOCIATES
718 East Harrison Street
Harlingen, Texas   78550
(956) 428-4544
(956) 428-4880    (fax)

_____
Jaime A. Drabek
State Bar No.   06102410
Attorneys for Defendant


EDDINGTON & ASSOCIATES, L.L.P.
1926 East Elizabeth
Brownsville, Texas   78520
(956) 546-0333
(956) 541-0255    (fax)

_____
Ray R. Marchan
State Bar NO.   12969050
Attorneys for Plaintiff